# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHAINDY STREICHER,<br><br>        Plaintiff,<br><br> -against-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Civil No: 3:20-cv-05770 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiff, Shaindy Streicher, and for defendant, JPMorgan Chase Bank, N.A. ("Chase") that all claims set forth in the Complaint for Violations of the Telephone Consumer Protection Act, filed on May 11, 2020, as against Chase shall be, and hereby are, dismissed, with prejudice, and without costs.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile signatures shall be deemed originals hereof.

Dated: Newark, New Jersey
       May  28  , 2021

| MARCUS & ZELMAN, LLC | SILLS CUMMIS & GROSS P.C. |
|---|---|
| By: /s/ *Ari Marcus*<br>    Ari Marcus<br>    701 Cookman Avenue<br>    Suite 300<br>    Asbury Park, New Jersey  07712<br>    (732) 695-3282<br>    *Attorneys for Plaintiff*<br>    *Shaindy Streicher* | By: /s/ *Tyler J. Kandel*<br>    Tyler J. Kandel<br>    One Riverfront Plaza<br>    Newark, New Jersey  07102<br>    (973) 643-7000<br>    *Attorneys for Defendant*<br>    *JPMorgan Chase Bank, N.A.* |

*SO ORDERED:*

_____
                    U.S.D.J.