UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAINDY STREICHER,<br><br>                                  Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                                  Defendant. | Civil No:  3:20-cv-05770 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiff, Shaindy Streicher, and for defendant, JPMorgan Chase Bank, N.A. ("Chase") that all claims set forth in the Complaint for Violations of the Telephone Consumer Protection Act, filed on May 11, 2020, as against Chase shall be, and hereby are, dismissed, with prejudice, and without costs.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile signatures shall be deemed originals hereof.

Dated: Newark, New Jersey
May 28, 2021

MARCUS & ZELMAN, LLC

By: /s/ Ari Marcus
Ari Marcus
701 Cookman Avenue
Suite 300
Asbury Park, New Jersey  07712
(732) 695-3282
*Attorneys for Plaintiff*
*Shaindy Streicher*

SILLS CUMMIS & GROSS P.C.

By: /s/ Tyler J. Kandel
Tyler J. Kandel
One Riverfront Plaza
Newark, New Jersey  07102
(973) 643-7000
*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_/s/ Freda L. Wolfson_
FREDA L. WOLFSON, U.S.D.J.   6-2-21

7